JUDGE KOELTL

BLANK ROME, LLP
Attorneys for Plaintiff
GROVE SERVICES INC.
Richard V. Singleton II (RS 9489)
Thomas H. Belknap, Jr. (TB 3188)
The Chrysler Building
405 Lexington Ave.
New York, NY 10174-0208
(212) 885-5000

10 CV 4958

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RECEIVED
JUN 25 2010
U.S.D.C. S.D. N.Y.
CASHIERS

GROVE SERVICES INC.,

Plaintiff,

-against-

DOUBLE D TRADE COMPANY, LLC,

Defendant.

10 Civ.

**VERIFIED COMPLAINT**

Plaintiff, GROVE SERVICES INC. ("Plaintiff"), by its attorneys Blank Rome, LLP, complaining of the above-named Defendant, DOUBLE D TRADE COMPANY, LLC ("Defendant"), alleges upon information and belief as follows:

1. This is a case of admiralty and maritime jurisdiction, as hereinafter more fully appears, and is an admiralty or maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has admiralty jurisdiction under 28 U.S.C. §1333.

2. At all material times, Plaintiff was and now is a corporation with offices in Newton, Massachusetts and Atlanta, Georgia.

3. At all material times, Defendant was and is a non-domestic limited liability company with its principal place of business at 218 Main Street, # 516, Kirkland, Washington

98033 and with no office or place of business in this Judicial District.

4.      Plaintiff entered into several contracts with Defendant by which Plaintiff agreed to sell and Defendant agreed to buy certain quantities of frozen food products to be shipped from the United States "CIF" to Defendant's designated receiver in Vladivostok, Russia (the "Contracts"). Commercial invoices were issued in respect of each of the Contracts, and under the "CIF" shipping terms of each, plaintiff undertook to arrange for ocean carriage of the cargo and to pay *inter alia* the ocean freight costs. A chart summarizing the invoices here at issue and the amounts due thereunder is attached as Exhibit A. Copies of the relevant invoices and ocean bills of lading are attached as Exhibit B. A copy of plaintiff's accounting records reflecting the amounts past due in respect of these invoices is attached as Exhibit C.

5.      In breach of the Contracts, Defendant has failed to pay certain amounts due thereunder although past due and duly demanded.

6.      By reason of Defendant's breach of the Contracts, in failing to pay the above amounts, Plaintiff has thus sustained damages of $536,029.06.

7.      Defendant cannot be found within this district within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but Defendant has or will have during the pendency of this action, assets within this district consisting of cash, funds, freight, hire credits in the hands of garnishees in this District. Specifically, on information and belief, Defendant maintains a bank account at HSBC Bank.

        **WHEREFORE**, Plaintiff prays:

A.      That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint;

B.     That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all of Defendant's tangible or intangible property or any other funds held by any garnishee in the District which are due and owing or otherwise the property of to the Defendant up to the amount of **US$536,029.06** to secure the Plaintiff's claims, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint.

C.     That this Court appoint a substitute process server;

D.     That this Court award Plaintiff its damages or retain jurisdiction over this matter through the entry of a judgment on the Singapore arbitration award.

E.     That Plaintiff may have such other, further and different relief as may be just and proper.

Dated:  New York, NY
       June 25, 2010

Respectfully submitted
BLANK ROME, LLP
Attorneys for Plaintiff

By _____
    Richard V. Singleton II
The Chrysler Building
405 Lexington Ave.
New York, NY  10174-0208
(212) 885-5000
rsingleton@blankrome.com

## VERIFICATION

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Richard V. Singleton II, being duly sworn, deposes and says:

1.      I am a member of the bar of this Honorable Court and of the firm of Blank Rome

LLP, attorneys for the Plaintiff.

2.      I have read the foregoing Verified Complaint and I believe the contents thereof

are true.

3.      The reason this Verification is made by deponent and not by Plaintiff is that

Plaintiff is a foreign corporation, no officer or director of which is within this jurisdiction.

4.      The sources of my information and belief are documents provided to me and

statements made to me by representatives of the Plaintiff.

_____
Richard V. Singleton II

Sworn to before me this
25th day of June, 2010

_____
Notary Public

LESCENE GIBBONS
Notary Public, State of New York
No. 01GI6044509
Qualified in New York County
Commission Expires July 10, 20 10

900200.00001/6926160v.1                                    4

# EXHIBIT A

| Invoice No. | Invoice Date | Sales Order No. | Cargo Desc. | Ocean B/L No. | Invoice Amount | Balance Due |
|---|---|---|---|---|---|---|
| 5363 | 11/7/08 | 2567 | Frozen Pork Carcass | MAEU857401109 | $111,722.50 | $111,722.50 |
| TBI | 11/2/08 | 2643 | Frozen Chicken Wings | BR1418175 | $57,231.68 | $47,231.68 |
| 5369 | 11/14/08 | 2697 | Frozen Chicken Leg Quarters | MAEU857477310 | $47,823.75 | $47,823.75 |
| 5280 | 10/4/08 | 2596-1 | Frozen Chicken Leg Quarters | MAEU857304745 | $128,656.00 | $151,227.53 |
| 5281 | 10/4/08 | 2592-2 | Frozen Chicken Leg Quarters | MAEU857197824 | $128,937.60 | |
| 5282 | 10/9/08 | 2592-3 | Frozen Chicken Leg Quarters | MAEU857194101 | $128,779.20 | |
| 5283 | 10/16/08 | 2592-4 | Frozen Chicken Leg Quarters | MAEU526717846 | $129,096.00 | |
| 4996 | 9/12/08 | 2472-1 | Frozen Chicken Leg Quarters | MAEU857144899 | $409,590.00 | $178,023.60 |
| 5107 | 9/26/08 | 2472-2 | Frozen Chicken Leg Quarters | MAEU857144917 | $122,877.00 | |
| 5345 | 11/7/08 | 2472-3A | Frozen Chicken Leg Quarters | MAEU857401094 | $81,918.00 | |
| 5383 | 11/7/08 | 2472-3B | Frozen Chicken Leg Quarters | MAEU857401094 | $124,722.00 | |
| 5384 | 11/7/08 | 2472-3C | Frozen Chicken Leg Quarters | MAEU857401094 | $81,918.00 | |
| | | | | **Total Due:** | | $536,029.06 |

# EXHIBIT B

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

| | |
|---|---|
| Date: | 11/7/2008 |
| Invoice No.: | 5363 |
| SO No.: | 2567 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU857401109 |
| Vessel / Carrier: | Maersk Danbury 0810 / Maersk |
| Customer Ref: | 0 |

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochniy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| frozen pork carcass | 1326 | 44689.38 KGS 44.689 | $2,500.00 | $111,722.50 |

MWCU6961802 - RFP088625                    MHHU5625360 - RFP088624

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

| | |
|---|---|
| Payment Terms: | 20% Deposit/Balance against fax docs |
| Sale Terms: | CIF Vladivostok, Russia |

Total Invoice Amount : USD 111,722.50
Less Deposit/Credits : USD 0.00
**Total Amount Due: USD 111,722.50**

Country of Origin: United States
There is no solid wood packing materials inside this container.

# ★ MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC **MAEU** |
| --- | --- |
| | B/L No. 857401109 |

**Shipper**
GROVE SERVICES INC
TOWER PLACE 3340 PEACHTREE ROAD NE
SUITE 1545
ATLANTA GA 30326

| Booking No. | |
| --- | --- |
| 857401109 | |

| Export references | Svc Contract |
| --- | --- |
| SO2567 | 280314 |

Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")**
ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT
VTORAYA SHOSSEINAYA STR., 3-A
VLADIVOSTOK, RUSSIA, 690054
TEL/FAX:+7(4232)308-700

**Notify Party (see clause 22)**
ZAO BALTIJSKIJ KHLADOKOMBINAT,
198095 SANKT-PETERBURG, UL SHKAPINA, D. 50,
TEL:+7-812-703-5060 FAX: +7-812-703-5061

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| --- | --- | --- |
| MAERSK DANBURY | 0810 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| --- | --- | --- |
| SAVANNAH, GA | VLADIVOSTOK,RU | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
| --- | --- | --- |
| 2 containers said to contain 1326 CASES | 47370.00 KGS | 80.000 CBM |

FROZEN PORK CARCASS
TOTAL NET WEIGHT: 44689.38KGS
AES ITN: X20081104011669
RFP088624, RFP088625

MWCU6961802 ML-NONE 40 REEF 9'6 661 CASES 23974.00 KGS 40.000 CBM
Temperature: -18.0 C
Shipper Seal : UL-1018089
MHHU5625360 ML-US1018090 40 REEF 9'6 665 CASES 23996.00 KGS 40.000 CBM
Temperature: -18.0 C
Shipper Seal : UL-1018090
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above

FREIGHT PREPAID

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
| --- | --- | --- | --- | --- | --- |
| Basic Ocean Freight | 6461.00 | Per Container | USD | 12922.00 | |
| Bunker Adjustment Factor | 380.00 | Per Container | USD | 760.00 | |
| Documentation Fee - Destinati | 72.00 | Per Container | USD | | 144.00 |
| Total USD | | | USD | 13682.00 | 144.00 |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L | |
| --- | --- | --- |
| 2 containers | The Woodlands | |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L ( UTC Time ) | |
| THREE/3 | | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) | |
| | 2008-11-07 | |

**Forwarder**

SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local custom or privilege to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the front or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered the others shall be void.

Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line

Maersk Inc. - Woodlands
As Agent(s) for the Carrier

This transport document has one or more numbered attachments

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

Date: 11/2/2008
Invoice No.: TBI
SO No.: 2643
Container No.: TRLU1685318
Ocean Bill of Lading No.: BR1418175
Vessel / Carrier: CMA CGM COPERNIC
CIF - VLADIVOSTOK, RUSSIA
Port of Loading: RIO GRANDE / BRAZIL

**Sold To:**
DOUBLE D TRADING COMPANY

**Ship To:**
DOUBLE D TRADING COMPANY
218 MAIN STREET, #516
KIRKLAND, WA, 98033. USA

| Item Description | Unit Price/MT (USD) | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Extension |
|---|---|---|---|---|
| FROZEN CHICKEN WINGS | $2,290.00 | 1562 | 24,992.000 | $57,231.68 |
| | | **1562** | **24,992.000** | **$57,231.68** |

Total Invoice Amount: USD 57,231.68
Less Deposit/Credits:
**Total Amount Due: USD 57,231.68**

Country of Origin: BRAZIL

Tower Place, 3340 Peachtree Road, NE Suite 1965, Atlanta, GA 30326
Phone: 404 812 4122    Fax : 404 812 4123

| SHIPPER | | |
|---|---|---|
| FRINAL S/A FRIGORIFICO E INTEGRACAO AVICOLA EST. RST 470 KM 225 GARIBALDI RS BRAZIL  CEP: 95720-000 CNPJ: 89750541/0001-40 | **COPY NON NEGOTIABLE BILL OF LADING** | VOYAGE NUMBER: AA350E BILL OF LADING NUMBER: BR1418175 |

**CONSIGNEE**
ZAO DALNEVOSTOCHNIY
KHLADOKOMBINAT
VTORAYA SHOSSEINAYA STR., 3-A
VLADIVOSTOK, RUSSIA, 690054
TEL./FAX: +7 (4232) 308-700

**EXPORT REFERENCES**
None

NOTIFY PARTY, Carrier not to be responsible for failure to notify
ZAO DALNEVOSTOCHNIY
KHLADOKOMBINAT
VTORAYA SHOSSEINAYA STR., 3-A
VLADIVOSTOK, RUSSIA, 690054
TEL./FAX: +7 (4232) 308-700

**CMA CGM**

**CARRIER:** CMA CGM Société Anonyme à Directoire et Conseil de Surveillance au Capital de 175 000 000 Euros
Head Office: 4, quai d'Arenc - 13002 Marseille - France
Tel: (33) 4 88 91 90 00 - Fax: (33) 4 88 91 90 95 - Telex: 401 667 F
B 562 024 422 R.C.S. Marseille

| PRE CARRIAGE BY* | PLACE OF RECEIPT* | FREIGHT TO BE PAID AT | NUMBER OF ORIGINAL BILLS OF LADING |
|---|---|---|---|
| | | RIO DE JANEIRO C/O BRADESCO NY | ZERO (0) |

| OCEAN VESSEL | PORT OF LOADING | PORT OF DISCHARGE | FINAL PLACE OF DELIVERY* |
|---|---|---|---|
| CMA CGM COPERNIC | RIO GRANDE | VLADIVOSTOK, RUSSIA | |

| MARKS AND NOS CONTAINER AND SEALS | NO AND KIND OF PACKAGES | DESCRIPTION OF PACKAGES AND GOODS AS STATED BY SHIPPER SHIPPERS LOAD STOW AND COUNT | GROSS WEIGHT CARGO | TARE | MEASUREMENT |
|---|---|---|---|---|---|
| TRLU1685318 SEAL 3331273 SEAL CMACGM FRINAL | 1 x 40RH | 1562 CARTONS | 25554.320 | 3900 | 35.740 |
| | | SHIPPERS LOAD, STOW AND COUNT 40HC REEFER CONTAINER CONTAIN 1562 CARTONS OF FROZEN CHICKEN MEAT CUTS 3 JOINT WINGS 90G UP GRADE A N.W: 24.992.000 KG NCM: 02071400 LACRE SIF: 002019 LACRE ARMADOR: 3331273 RE: 08/1728176-001 DDE: 2081288360/8 FREIGHT PAYABLE AT NEW YORK BY BLUE WATER FREIGHT AS PER AGREEMENT STOWED IN A REEFER CONTAINER SET AT SHIPPERS REQUESTED CARRIAGE AT -18 DEGREES CELCIUS HC: 00941/981/08 Shipped on Board CMA CGM COPERNIC 02-NOV-2008 CMA CGM DO BRASIL Agencia Maritima As agents for the Carrier | | | |

| Weight In Kgs Total: 1 CONTAINERS | Sheet 1 of 1 | | 25554.320 | 3900 | 35.740 |
|---|---|---|---|---|---|

ABOVE PARTICULARS DECLARED BY SHIPPER. CARRIER NOT RESPONSIBLE.

**ADDITIONAL CLAUSES**

SAID TO CONTAIN / 2  SHIPPERS STOW, LOAD AND COUNT / 6   / FCL
91 MONITORING IMPORT ONLY : 2 WORKING DAYS FREE TIME FOR IMPORT (IN CASE OF FREE-OUT CONDITIONS, NO FREE TIME IS GRANTED) MONITORING EXPORT ONLY : 3 WORKING DAYS FREE TIME FOR EXPORT THEREAFTER MONITORING TARIFF : EUROS 75/PER DAY/20FT/40FT (IN CASE OF FREE-IN CONDITIONS, NO FREE TIME IS GRANTED)
92 REEFER CONTAINER CAN ONLY BE OPERATED BY ELECTRICAL POWER. DURING LAND TRANSPORTATION THE CARRIER WILL NOT BE LIABLE IN ANY RESPECT WHATSOEVER FOR CONSEQUENCES , DUE TO NON REFRIGERATION.
194 FOR THE PURPOSE OF THE PRESENT CARRIAGE, CLAUSE 14(2) SHALL EXCLUDE THE APPLICATION OF THE YORK/ANTWERP RULES, 2004.

202 DEMURRAGE AND DETENTION PAYABLE BY THE MERCHANT AS PER CMA CGM TARIFF AVAILABLE ON THE WEB SITE WWW.CMA-CGM.COM, OR IN ANY OF CMA CGM AGENCY

RECEIVED by the carrier from the shipper in apparent good order and condition (unless otherwise noted herein) the total number or quantity of Containers or other packages or units indicated above stated by the shipper to comprise the cargo specified above for transportation subject to all the terms hereof (including the terms on page one) from the place of receipt or the port of loading, whichever is applicable, to the port of discharge or the place of delivery, whichever is applicable. Delivery of the Goods will only be made on payment of all Freight and charges. On presentation of this document (duly endorsed) to the Carrier, by or on behalf of the holder, the rights and liabilities arising in accordance with the terms hereof shall (without prejudice to any rule of common law or statutes rendering them binding upon the shipper, holder and carrier) become binding in all respects between the Carrier and Holder as though the contract contained herein or evidenced hereby had been made between them.
All claims and disputes arising under or in connection with this bill of lading shall be determined by the COURTS of MARSEILLE at the exclusion of the courts of any other country.
In witness whereof three (3) original Bills of Lading, unless otherwise stated above, have been issued, one of which being accomplished, the others to be void.
(OTHER TERMS AND CONDITIONS OF THE CONTRACT ON PAGE ONE)

| PLACE AND DATE OF ISSUE : RIO GRANDE | 02 NOV 2008 | SIGNED FOR THE CARRIER CMA CGM S.A. BY  CMA CGM DO BRASIL Agencia Maritima , as agents for the carrier CMA CGM S. A. ) |
|---|---|---|

SIGNED FOR THE SHIPPER
*APPLICABLE ONLY WHEN THIS DOCUMENT IS USED AS A COMBINED TRANSPORT BILL OF LADING

# Grove Services, Inc.

ORIGINAL

## Commercial Invoice

| | |
|---|---|
| Date: | 11/14/2008 |
| Invoice No.: | 5369 |
| SO No.: | 2697 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU857477310 |
| Vessel / Carrier: | Maersk Dolores 0810 / Maersk |
| POL: | Savannah, GA |

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochiy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 3270 | 49050 Kg 49.05 MT | $975.00 | $47,823.75 |

MWCU6290427 - RFA006608          MWCU6623256 - RFA006605

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with
underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

| | |
|---|---|
| Payment Terms: | 20% Deposit/Balance against fax docs |
| Sale Terms: | CIF Vladivostok, Russia |

Total Invoice Amount : USD 47,823.75
Less Deposit/Credits : USD 0.00

## Total Amount Due: USD 47,823.75

Grove Services, Inc
Tower Place
3340 Peachtree Rd NE
Suite 1545
Atlanta, GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.



# ✱ MAERSK LINE

| | NON-NEGOTIABLE WAYBILL | SCAC | MAEU |
|---|---|---|---|
| | | B/L No. | 857477310 |

| **Shipper** |
|---|
| NESSE FOODS C/O |
| GROVE SERVICES, INC. |
| 3340 PEACHTREE ROAD NE SUITE 1545 |
| ATLANTA, GA 30326 USA |

| Booking No. |
|---|
| 857477310 |

| Export references | | Svc Contract |
|---|---|---|
| 2734 | | 280644 |

| **Consignee** |
|---|
| ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT |
| VTORAYA SHOSSEINAYA STR, 3-A |
| VLADIVOSTOK, RUSSIA, 690054 |
| TEL./FAX: +7 (4232) 308-700 |

This contract is subject to the terms and conditions, including the law & jurisdiction clause and limitation of liability & declared value clauses, of the current Maersk Line Bill of Lading (available from the carrier, its agents and at www.maerskline.com), which are applicable with logical amendments (mutatis mutandis). To the extent necessary to enable the Consignee to sue and to be sued under this contract, the Shipper on entering into this contract does so on his own behalf and as agent for and on behalf of the Consignee and warrants that he has the authority to do so. The shipper shall be entitled to change the Consignee at any time before delivery of the goods provided he gives the Carrier reasonable notice in writing.

| **Notify Party** |
|---|
| OOO TRADE - OIL |
| BUMAZHNAYA STR., D.9, KOR.1, LITER "A", POM. NO 15 |
| ST.PETERSBURG, RUSSIA, 198020 |

Delivery will be made to the Consignee or his authorised agent on production of reasonable proof of identity (and, in the case of an agent, reasonable proof of authority) without production of this waybill. The Carrier shall be under no liability whatsoever for misdelivery unless caused by the Carrier's negligence.

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| **Vessel** | **Voyage** | Place of Receipt. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| MAERSK DOLORES | 0810 | |

| **Port of Loading** | **Port of Discharge** | Place of Delivery. Applicable only when document used as Multimodal Waybill |
|---|---|---|
| Savannah, GA, US | VLADIVOSTOK,RU | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 52018.000 KGS | |
| 2 containers said to contain 3270 CASES | | |
| FROZEN CHICKEN LEG QUARTERS | | |
| 3270 CASES | | |
| 49050.00 NET KGS / 52018.00 GROSS KGS | | |
| ITN(Internal Transaction number): | | |
| X20081113030571 | | |
| RFA - 006605 | | |
| RFA - 006608 | | |
| MWCU6290427  ML-US0045578  40 REEF 9'6  1635 CASES  26009.000 KGS | | |
| Temperature: -18.0 C | | |
| Shipper Seal : 45578 | | |
| MWCU6623256  ML-US0045574  40 REEF 9'6  1635 CASES  26009.000 KGS | | |
| Temperature: -18.0 C | | |

VERIFY COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier.

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt. Total number of containers or packages received by Carrier. | Place of Issue of Waybill | Shipped, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein the total number or quantity of Containers or other packages or units indicated in the box opposite entitled "Carrier's Receipt" |
|---|---|---|
| **2 containers** | The Woodlands | |
| Shipped on Board Date ( Local Time ) | Date Issue of Waybill ( UTC Time ) | |
| 2008-11-15 | | |
| Declared Value Charges (see clause 7.3 of the Maersk Line Bill of Lading) for Declared Value of US$ | | |

| **Forwarder** | |
|---|---|
| POSEIDON FORWARDING CO INC | Signed for the Carrier A.P. Moller - Maersk trading as Maersk Line |
| WOODSTOCK RD STE 1150 | |
| Roswell GA | |
| 30075 | |
| FMC# 3197R | |
| This transport document has one or more numbered attachments | Maersk Inc. - Woodlands |
| | As Agent(s) for the Carrier |

B/L: 857477310    Attachment No.:    1/1

Shipper Seal : 45574
THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

FREIGHT PREPAID

Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

|  |  |
|---|---|
| Date: | 10/4/2008 |
| Invoice No.: | 5280 |
| SO No.: | 2596-1 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU857304745 |
| Vessel / Carrier: | Marie Dhaka 0808 / Maersk |
| POL: | Savannah, GA |

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochiy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 4873 | 73095 Kg 73.1 MT | $1,760.00 | $128,656.00 |

MWSU4001580 - RFA050924          MWSU9009198 - RFA050926
MSWU9093438 - RFA050928

Payment Terms:     20% Deposit/Balance against fax docs
Sale Terms:           CIF Vladivostok, Russia

Total Invoice Amount : USD 128,656.00
Less Deposit/Credits : USD 25,729.44
**Total Amount Due: USD 102,926.56**

Grove Services, Inc
Tower Place
3340 Peachtree Rd NE
Suite 1545
Atlanta, GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.

# MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU |
|---|---|
| | B/L No. 857304745 |

| Shipper | Booking No. 857304745 |
|---|---|
| NFI C/O GROVE SERVICES INC. 3340 PEACHTREE ROAD NE SUITE 1545 ATLANTA, GA 30326 USA | Export reference ORDER#2647 (1-3)     Svc Contract 238172 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) |
| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer") ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT VTORAYA SHOSSEINAYA STR., 3-A VLADIVOSTOK, RUSSIA, 690054 TEL./FAX: +7 (4232) 308-700 | Notify Party (see clause 2) SAME AS CONSIGNEE |
| Vessel (see clause 1 + 19) MAERSK DHAKA    Voyage no. 0808 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading Oakland    Port of Discharge Vladivostok | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 4873 CARTONS<br><br>FROZEN CHICKEN LEG QUARTERS<br>73,095 KGS NET<br>77,517 KGS GROSS<br>AES/XTN : 135547718/11887<br>ITN : X20081003038161<br>RFA:<br>050926<br>050924<br>050928<br><br>MWSU4001580 ML-US0668986 40 REEF 9'6 1670 CARTONS 25009.000 KGS<br>Temperature: -18.0 C<br>Shipper Seal : 0668986<br>MWSU9009196 ML-US0629692 40 REEF 9'6 1600 CARTONS 25009.000 KGS<br>Temperature: -18.0 C<br>Shipper Seal : 0629692<br>MSWU9093438 ML-US0668989 40 REEF 9'6 1603 CARTONS 25499.000 KGS<br>Temperature: -18.0 C<br>Shipper Seal : 0668989<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT | 77517.000 KGS | |

VERIFY COPY

| Carrier's Receipt (see clause 1 and 19). Total number of containers or packages received by Carrier. 3 container(s) | Place of Issue of B/L The Woodlands |
|---|---|
| Number & Sequence of Original B(s)/L THREE/3 | Date of issue of B/L ( UTC Time ) |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) 2008-10-04 |

| Forwarder FORWARDING SERVICES INC WASHINGTON RD Parlin NJ 08859 FMC# 0571 | Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line |
|---|---|
| This transport document has one or more numbered attachments | As Agent(s) for the Carrier Maersk Inc. - Woodlands |

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

|  |  |
|---|---|
| Date: | 10/4/2008 |
| Invoice No.: | 5281 |
| SO No.: | 2596-2 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU857197824 |
| Vessel / Carrier: | SL Intrepid 0819 / Maersk |
| POL: | Savannah, GA |

Sold To:
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

Ship To:
ZAO Dalnevostochiy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 4884 | 73260 Kg<br>73.26 MT | $1,760.00 | $128,937.60 |

**PONU4742148 - RFA050925**
**MWCU6045820 - RFA050921**

**MWCU6929462 - RFA050922**

Payment Terms:      20% Deposit/Balance against fax docs
Sale Terms:         CIF Vladivostok, Russia

Total Invoice Amount : USD  128,937.60
Less Deposit/Credits : USD  25,787.52
**Total Amount Due: USD 103,150.08**

Country of Origin: United States
There is no solid wood packing materials inside this container.

Tower Place, 3340 Peachtree Road, NE  Suite 1965, Atlanta, GA 30326
Phone:  404 812 4122    Fax :  404 812 4123

# ✶ MAERSK LINE

| | BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU |
|---|---|---|
| | | B/L No. 857197824 |

**Shipper**
NFI C/O
GROVE SERVICES INC.
3340 PEACHTREE ROAD NE
SUITE 1545
ATLANTA, GA 30326 USA

**Booking No.**
857197824

**Export references**
ORDER#2647 (4-6)

**Svc Contract**
238172

Onward inland routing (Not part of Contract as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")**
ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT
VTORAYA SHOSSEINAYA STR., 3-A
VLADIVOSTOK, RUSSIA,690054
TEL./FAX: +7(4232) 308-700

**Notify Party (see clause 20)**
SAME AS CONSIGNEE

| **Vessel (for clause 1 + 19)** SL INTREPIO | **Voyage No.** 0819 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| **Port of Loading** Oakland | **Port of Discharge** Vladivostok | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 4884 CARTONS | 77692.000 KGS | |
| | | |

FROZEN CHICKEN LEG QUARTERS
73,260 KGS NET
77,692 KGS GROSS
AES/XTN:135547718//11889
ITN:X20081007008227
FORW SRVC REFERENCE: 1188
\*RFA050925
\*\*RFA050922
\*\*\*RFA050921

PONU4742148 ML-US0668842 40 RE~~EF~~ ~~9'6~~ ~~1636~~ ~~CARTONS~~ ~~25009.000 KGS~~
Temperature: -18.0 C
Shipper Seal : 0668842\*
MWCU6929462 ML-US0629550 40 REEF 9'6 ~~1634~~ ~~CARTONS~~ ~~25009.000 KGS~~
Temperature: -18.0 C
Shipper Seal : 0629550\*\*
MWCU6045820 ML-US0629520 40 REEF 9'6 1614 CARTONS 25674.000 KGS
Temperature: -18.0 C
Shipper Seal : 0629520\*\*\*
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Above particulars as declared by Shipper, but without responsibility or representation by Carrier (see clause 14)

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. 3 container(s) | Place of Issue of B/L Pune | |
|---|---|---|
| Number & Sequence of Original B(s)/L THREE/3 | Date of Issue of B/L (I/IC Time) | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) | |

**Forwarder**
FORWARDING SERVICES INC
WASHINGTON RD
Parlin NJ
08859
FMC# 0571

Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line

At Agent(s) for the Carrier

This transport document has one or more numbered attachments

VERIFY COPY

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

| | |
|---|---|
| Date: | 10/9/2008 |
| Invoice No.: | 5282 |
| SO No.: | 2596-3 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU857194101 |
| Vessel / Carrier: | SL Intrepid 0819 / Maersk |
| POL: | Savannah, GA |

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochiy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 4878 | 73170 Kg 73.17 MT | $1,760.00 | $128,779.20 |

**MWMU6319480 - RFA050942**
**MSWU0016169 - RFA050943**

**MWCU6701410 - RFA050944**

Payment Terms:   20% Deposit/Balance against fax docs
Sale Terms:      CIF Vladivostok, Russia

Total Invoice Amount :  USD **128,779.20**
Less Deposit/Credits : USD **279.84**

## Total Amount Due: USD 128,499.36

Grove Services, Inc
Tower Place
3340 Peachtree Rd NE
Suite 1545
Atlanta, GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.

Tower Place, 3340 Peachtree Road, NE  Suite 1965, Atlanta, GA 30326
Phone: 404 812 4122   Fax : 404 812 4123

# MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC | MAEU |
|---|---|---|
| | B/L No. | 857194101 |

| Shipper | Booking No. | 857194101 |
|---|---|---|
| NFI C/O GROVE SERVICES INC. 3340 PEACHTREE ROAD NE SUITE 1545 ATLANTA, GA 30326 USA | Export reference 2647 (7-9) | Svc Contract 238172 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) | |

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer") ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT VTORAYA SHOSSEINAYA STR., 3-A VLADIVOSTOK, RUSSIA, 690054 TEL./FAX: +7(4232) 308-700 | Notify Party (see clause 22) SAME AS CONSIGNEE |
|---|---|

| Vessel (see clause 1 + 19) SL INTREPID | Voyage No. 0819 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading Oakland | Port of Discharge Vladivostok | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 4878 CARTONS FROZEN CHICKEN LEG QUARTERS 73,170 KGS NET 77,597 KGS GROSS X20081009036737 AES/XTN: 135547718//11892  MWMU6319480  ML-US6545812  40 REEF 9'6  1635 CARTONS  26009 KGS Temperature: -18.0 C Shipper Seal :  0645612 MWCU6701410  ML-US0645600  40 REEF 9'6  1608 CARTONS  25579 KGS Temperature: -18.0 C Shipper Seal :  0629520 MSWU0016169  ML-US0645614  40 REEF 9'6  1635 CARTONS  26009 KGS Temperature: -18.0 C Shipper Seal :  0645614 SHIPPER'S LOAD, STOW, WEIGHT AND COUNT  Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature as per above  FREIGHT PREPAID | 77597 KGS | |

VERIFY COPY

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. 3 container(s) | Place of Issue of B/L Pune | |
|---|---|---|
| Number & Sequence of Original B(s)/L THREE/3 | Date of Issue of B/L (Local Time) | |
| Declared Value (see clause 7.3) | Shipped on Board Date (Local Time) 2008-10-09 | |

| Forwarder FORWARDING SERVICES INC WASHINGTON RD Parlin NJ 08859 FMC# 0571 | Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line |
|---|---|
| This transport document has one or more numbered attachments | As Agent(s) for the Carrier |

# Grove Services, Inc.

ORIGINAL

## Commercial Invoice

|  |  |
|---|---|
| Date: | 10/16/2008 |
| Invoice No.: | 5283 |
| SO No.: | 2596-4 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU526717846 |
| Vessel / Carrier: | SL Charger 0819 / Maersk |
| POL: | Savannah, GA |

**Sold To:**

Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**

ZAO Dalnevostochiy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 4890 | 73350 Kg 73.35 MT | $1,760.00 | $129,096.00 |

MWMU6408757 - RFA050882     MWMU6398052 - RFA050880
MWMU6408633 - RFA050881

| | |
|---|---|
| Payment Terms: | 20% Deposit/Balance against fax docs |
| Sale Terms: | CIF Vladivostok, Russia |

Total Invoice Amount : USD 129,096.00
Less Deposit/Credits : USD 0.00
**Total Amount Due: USD 129,096.00**

Grove Services, Inc
Tower Place
3340 Peachtree Rd NE
Suite 1545
Atlanta, GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.

Tower Place, 3340 Peachtree Road, NE Suite 1965, Atlanta, GA 30326
Phone: 404 812 4122    Fax : 404 812 4123

# ⭐ MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

| | |
|---|---|
| SCAC | MAEU |
| B/L No. | 526717846 |

**Shipper**
NFI C/O
GROVE SERVICES INC.
3340 PEACHTREE ROAD NE
SUITE 1545
ATLANTA, GA 30326 USA

**Booking No.**
526717846

**Export reference**
ORDER#2647 (10-12)

**Svc Contract**
238172

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

**Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")**
ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT
VTORAYA SHOSSEINAYA STR., 3-A
VLADIVOSTOK, RUSSIA, 690054
TEL./FAX: +7 (4232) 308-700

**Notify Party (see clause 12)**
SAME AS CONSIGNEE

| Vessel (see clause 1 + 19) | Voyage No. |
|---|---|
| SL CHARGER | 0819 |

Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

| Port of Loading | Port of Discharge |
|---|---|
| OAKLAND | VLADIVOSTOK |

Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1)

### PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 4890 CARTONS<br><br>FROZEN CHICKEN LEG QUARTERS<br>73,350 KGS NET<br>77,788 KGS GROSS<br>2 CONTAINERS CONTAIN 1635 CARTONS<br>24,525 KGS NET 26,009 KGS GROSS PER CONTAINER<br>CONTAINER# MWCU6408757 CONTAINS 1620 CARTONS 24,300 KGS NET 25,770 KGS GROSS<br>AES/XTN:135547718/119095<br>ITN:X20081020018503<br><br>RFA050881<br>RFA050880<br>RFA050882<br><br>MWMU6408757  ML-US0668810  40 REEF 9'6  1620 CARTONS  25770.00 KGS<br>Temperature: -18.0 C<br>Shipper Seal : 0668810<br>MWMU6398052  ML-US0645650  40 REEF 9'6  1635 CARTONS  26009.00 KGS | 77788.00 KGS | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>**3 container(s)** | Place of Issue of B/L<br>**Pune** | |
|---|---|---|
| Number & Sequence of Original B(s)/L<br>**THREE/3** | Date of Issue of B/L (UTC Time)<br> | |
| Declared Value (see clause 7.3) | Shipped on Board Date (local Time)<br>**2008-10-16** | |

Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line

**Forwarder**
FORWARDING SERVICES INC
WASHINGTON RD
Parlin NJ
08859
FMC# 0571

As Agent(s) for the Carrier

This transport document has one or more numbered attachments.

VERIFY COPY

B/L: 526717846     Attachment No.:   1/1

Temperature: -18.0 C
Shipper Seal : 0645680
MWMU6408633  ML-US0629522  40 REEF 9'6  1635 CARTONS  26009.00 KGS
Temperature: -18.0 C
Shipper Seal : 0629522
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature
as per above

FREIGHT PREPAID

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

CY/CY

Outward Forwarders reference 119095

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# Grove Services, Inc.

**ORIGINAL**

**Commercial Invoice**

|  |  |
|---|---|
| Date: | 9/12/2008 |
| Invoice No.: | 4996 |
| SO No.: | 2472-1 |
| Container No.: | See Below |
| Health Certificate No.: | See Below |
| Ocean Bill of Lading No.: | MAEU857144899 |
| Vessel / Carrier: | Marie Maersk 0808 / Maersk |
| POL: | Savannah, GA |

**Sold To:**

Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**

ZAO Dalnevostochniy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 16650 | 249750 Kg 249.75 MT | $1,640.00 | $409,590.00 |

MSWU0017946 - RFA036693
CRLU1117477 - RFA036692
CRLU8103726 - RFA036690
PONU4776019 - RFA036699
MWCU6799522 - RFA036697

MWCU6289025 - RFA036694
MWSU9040249 - RFA036691
MWCU6702859 - RFA036700
MWCU6695560 - RFA036698
PONU4857173 - RFA036696

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

| | |
|---|---|
| Payment Terms: | 20% Deposit/Balance against fax docs |
| Sale Terms: | CIF Vladivostok, Russia |

Total Invoice Amount : USD **409,590.00**
Less Deposit/Credits : USD **73,726.20**
**Total Amount Due: USD 335,863.80**

Country of Origin: United States
There is no solid wood packing materials inside this container.

Tower Place, 3340 Peachtree Road, NE  Suite 1545, Atlanta, GA 30326
Phone: 404 812 4122   Fax : 404 812 4123

# MAERSK LINE

| BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT | SCAC MAEU |
|---|---|
| | B/L No. 857144899 |

| Shipper | Booking No. | |
|---|---|---|
| GROVE SERVICES INC TOWER PLACE 3340 PEACHTREE ROAD NE SUITE 1545 ATLANTA GA 30326 | 857144899 | |
| | Export references | Svc Contract |
| | SO2472 | 280314 |
| | Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) | |

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer") | Notify Party (see clause 22) |
|---|---|
| ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT VTORAYA SHOSSEINAYA STR., 3-A VLADIVOSTOK, RUSSIA, 690054 TEL./FAX: +7 (4232) 308-700 | ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT VTORAYA SHOSSEINAYA STR., 3-A VLADIVOSTOK, RUSSIA, 690054 TEL./FAX: +7 (4232) 308-700 |

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| MARIE MAERSK | 0808 | |
| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Savannah, GA, US | VLADIVOSTOK,RU | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 10 containers said to contain 16650 CASE | 264740.00 KGS | |
| FROZEN CHICKEN LEG QUARTERS NET WEIGHT: 24975KGS PER CONTAINER AES ITN: X20080903013571 | | |
| RFA-036693, 036694, 036692, 036691, 036690, 036700, 036699, 036698, 036697, 036696 | | |
| MSWU0017946 ML-US0074793 40 REEF 9'6 1665 CASE 26474.00 KGS Temperature: -18.0 C Shipper Seal : 74793 | | |
| MWSU9040249 ML-US0074959 40 REEF 9'6 1665 CASE 26474.00 KGS Temperature: -18.0 C Shipper Seal : 74959 | | |
| MWCU6289025 ML-US0074740 40 REEF 9'6 1665 CASE 26474.00 KGS Temperature: -18.0 C Shipper Seal : 74740 | | |
| CRLU8103726 ML-US0074983 40 REEF 9'6 1665 CASE 26474.00 KGS Temperature: -18.0 C Shipper Seal : 74983 | | |
| CRLU1117477 ML-US0074902 40 REEF 9'6 1665 CASE 26474.00 KGS Temperature: -18.0 C | | |

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 10 container(s) | The Woodlands |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L ( UTC Time ) |
| 3/THREE | 2008-10-14 |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) |
| | 2008-09-12 |
| Forwarder | |

SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such documents which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all terms and Conditions stated herein whether written, printed, stamped or incorporated as the face or reverse side hereof, as fully as if they were all signed by the Merchant. In WITNESS WHEREOF the number of original bills of Lading stated on this bill have been signed and wherever one original Bill of Lading has been surrendered any others shall be void.

Signed for the Carrier A.P. Meller - Maersk A/S trading as Maersk Line

As Agent(s) for the Carrier
Maersk Inc. - Woodlands

This transport document has one or more numbered attachments

002945475

**MAERSK LINE**

B/L: 857144899    Attachment No.:  1/1

Shipper Seal : 74902
PONU4857173  ML-US0074882  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 74882
MWCU6799522  ML-US0074962  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 74962
PONU4776019  ML-US0074966  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 74966
MWCU6695560  ML-US0074835  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 74835
MWCU6702859  ML-US0074913  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 74913
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage
temperature as per above

FREIGHT PREPAID

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION
REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

002945474

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

Date: 9/26/2008
Invoice No.: 5107
SO No.: 2472-2
Container No.: See Below
Health Certificate No.: See Below
Ocean Bill of Lading No.: MAEU857144917
Vessel / Carrier: Maersk Darmstadt 810 / Maersk
POL: Savannah, GA

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochniy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 4995 | 74925 Kg 74.925 MT | $1,640.00 | $122,877.00 |

MWCU6758591 - RFA036750    MWCU6742281 - RFA036745
MWCU6716831 - RFA036749

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

Payment Terms: 20% Deposit/Balance against fax docs
Sale Terms: CIF Vladivostok, Russia

Total Invoice Amount : USD **122,877.00**
Less Deposit/Credits : USD **24,575.40**
**Total Amount Due: USD 98,301.60**

Country of Origin: United States
There is no solid wood packing materials inside this container.

Tower Place, 3340 Peachtree Road, NE  Suite 1545, Atlanta, GA 30326
Phone: 404 812 4122    Fax : 404 812 4123

# MAERSK LINE

| | |
|---|---|
| **BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT** | SCAC **MAEU** |
| | B/L No. **857144917** |

| Shipper | Booking No. |
|---|---|
| GROVE SERVICES INC | 857144917 |
| TOWER PLACE 3340 PEACHTREE ROAD NE | Export references |
| SUITE 1545 | SO2472-2 |
| ATLANTA GA 30326 | Svc Contract **280314** |

Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant)

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer") | Notify Party (see clause 22) |
|---|---|
| ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT | ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT |
| VTORAYA SHOSSEINAYA STR., 3-A | VTORAYA SHOSSEINAYA STR., 3-A |
| VLADIVOSTOK, RUSSIA, 690054 | VLADIVOSTOK, RUSSIA, 690054 |

| Vessel (see clause 1 + 19) | Voyage No. | Place of Receipt. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| MAERSK DARMSTADT | 0810 | |

| Port of Loading | Port of Discharge | Place of Delivery. Applicable only when document used as Multimodal Transport B/L (see clause 1) |
|---|---|---|
| Savannah, GA, US | VLADIVOSTOK,RU | |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| | 79422.00 KGS | |

3 containers said to contain 4995 CASE

FROZEN CHICKEN LEG QUARTERS
NET WEIGHT: 24975KGS PER CONTAINER
AES ITN: X20080925003669
RFA-036745, RFA036749, RFA036749

MWCU6742281  ML-US0073529  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 73523
MWCU6758591  ML-US0073569  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 73569
MWCU6716831  ML-US0073578  40 REEF 9'6  1665 CASE  26474.00 KGS
Temperature: -18.0 C
Shipper Seal : 73578
SHIPPER'S LOAD, STOW, WEIGHT AND COUNT

Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature as per above

FREIGHT PREPAID

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier. | Place of Issue of B/L |
|---|---|
| 3 container(s) | The Woodlands |
| Number & Sequence of Original B(s)/L | Date of Issue of B/L ( UTC Time ) |
| 3/THREE | 2008-10-14 |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time ) |
| | 2008-09-26 |

SHIPPCO, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privilege to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the back or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void.

Signed for the Carrier A.P. Møller - Mærsk A/S trading as Maersk Line

As Agent(s) for the Carrier
**Maersk Inc. - Woodlands**

| Forwarder | |
|---|---|

This transport document has one or more numbered attachments

002945445

# MAERSK LINE

B/L: 857144917    Attachment No.:    1/1

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE
UNITED STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION
REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

FREIGHT PREPAID

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

002945444

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

Date: 11/7/2008
Invoice No.: 5345
SO No.: 2472-3A
Container No.: See below
Health Certificate No.: See below
Ocean Bill of Lading No.: MAEU857401094
Vessel / Carrier: Maersk Danbury 0810 / Maersk
POL: Savannah, GA

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochniy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 3330 | 49950 Kg 49.95 MT | $1,640.00 | $81,918.00 |

**PONU4500864 - RFA-044828**          **PONU4906811 - RFA-044827**

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

Payment Terms:          20% Deposit/Balance against fax docs
Sale Terms:          CIF Vladivostok, Russia

Total Invoice Amount : USD 81,918.00
Less Deposit/Credits : USD 0.00
**Total Amount Due: USD 81,918.00**

GROVE SERVICES. INC.
TOWER PLACE
3340 PEACHTREE RD NE
SUITE 1545
ATLANTA, GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

Date: 11/7/2008
Invoice No.: 5383
SO No.: 2472-3B
Container No.: See Below
Health Certificate No.: See Below
Ocean Bill of Lading No.: MAEU867401094
Vessel / Carrier: Maersk Danbury 0810 / Maersk
POL: Savannah, GA

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochniy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 5070 | 76050 Kg 76.05 MT | $1,640.00 | $124,722.00 |

**MWCU6685730 - RFA-044831**
**MWCU6066823 - RFA-044833**

**WMCU6047320 - RFA-044832**

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

Payment Terms:    20% Deposit/Balance against fax docs
Sale Terms:       CIF Vladivostok, Russia

Total Invoice Amount : USD 124,722.00
Less Deposit/Credits : USD 0.00
**Total Amount Due: USD 124,722.00**

GROVE SERVICES INC.
TOWER PLACE
3340 PEACHTREE RD NF
SUITE 1548
ATLANTA GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.

# MAERSK LINE

**BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT**

SCAC   MAEU

B/L No.   857401094

| Shipper<br>GROVE SERVICES INC<br>3340 PEACHTREE ROAD<br>STE 1545<br>ATLANTA GA 30326 | Booking No.<br>857401094 | |
|---|---|---|
| | Export references<br>SO2472-3B | Svc Contract<br>280314 |
| | Onward Inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) | |

| Consignee (negotiable only if consigned "to order", "to order of a named Person or "to order of bearer")<br>ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT<br>VTORAYA SHOSSEINAYA, STR., 3-A<br>VLADIVOSTOK, RUSSIA, 690054<br>TEL/FAX+7(4232)308-700 | Notify Party (see clause 22)<br>OOO TRADE - OIL<br>BUMAZHNAYA STR., D.9, KOR.1, LITER "A", POM.#15<br>ST.PETERSBURG, 198020<br>RUSSIA<br>TEL.: +7 (812) 622-15-48 |
|---|---|

| Vessel (see clause 1 + 19)<br>MAERSK DANBURY | Voyage No.<br>0810 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
|---|---|---|
| Port of Loading<br>Savannah, GA, US | Port of Discharge<br>VLADIVOSTOK,RU | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers;  Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 3 containers said to contain 5070 CASE<br><br>FROZEN CHICKEN LEG QUARTERS<br>TOTAL NET WEIGHT: 76050KGS<br>AES ITN: X20081103005768<br>RFA-044833, RFA044831, RFA044832<br><br>MWCU6047320 ML-US0075901  40 REEF 9'6  1690 CASE  26871.00 KGS 40.000 CBM<br>Temperature: -18.0 C<br>Shipper Seal : 75901<br>MWCU6685730 ML-US0075704  40 REEF 9'6  1690 CASE  26871.00 KGS  40.000 CBM<br>Temperature: -18.0 C<br>Shipper Seal : 75704<br>MWCU6066823 ML-US0075945  40 REEF 9'6  1690 CASE  26871.00 KGS  40.000 CBM<br>Temperature: -18.0 C<br>Shipper Seal : 75945<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br><br>Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature as per above<br><br>FREIGHT PREPAID | 80613.00 KGS | 120.000 CBM |

COPY

Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14)

| Freight & Charges | Rate | Vt | | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>3 containers | Place of Issue of B/L<br>The Woodlands | SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defenses, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on-deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void. |
|---|---|---|
| Number & Sequence of Original B(s)/L<br>THREE/3 | Date of Issue of B/L ( UTC Time ) | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>2008-11-07 | |
| Forwarder | | Signed for the Carrier A.P. Møller - Maersk A/S trading as Maersk Line |
| | | **Maersk Inc. - Woodlands**<br>As Agent(s) for the Carrier |
| This transport document has one or more numbered attachments | | |

B/L: 857401094          Attachment No.:    1/1

THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED
STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S.LAW PROHIBITED.

CY/CY

CY/CY

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

# Grove Services, Inc.

**ORIGINAL**

## Commercial Invoice

Date: 11/7/2008
Invoice No.: 5384
SO No.: 2472-3C
Container No.: See below
Health Certificate No.: See below
Ocean Bill of Lading No.: MAEU857401094
Vessel / Carrier: Maersk Danbury 0810 / Maersk
POL: Savannah, GA

**Sold To:**
Double D. Trade Company, LLC.
218 Main Street, # 516
Kirkland, WA, 98033, USA

**Ship To:**
ZAO Dalnevostochniy Khladokombinat
Vtoraya Shosseinaya Str., 3-A
Vladivostok, Russia, 690054

| Item Description | Total Case (boxes) | Total Net Weight Lb/Kg /MT | Unit Price Per MT (USD) | Extension |
|---|---|---|---|---|
| Frozen chicken leg quarters | 3330 | 49950 Kg 49.95 MT | $1,640.00 | $81,918.00 |

**PONU4789058 - RFA-044829**          **MWCU6217262 - RFA-044830**

The product covered by this invoice is insured in accordance with our contract of insurance No.MC08AD2K effected with underwriters at Lloyd's through the office of
HSBC Insurance Brokers Limited
Bishops Court, 27 – 33 Artillery Lane, London E1 7LP, England.

Payment Terms:          20% Deposit/Balance against fax docs
Sale Terms:             CIF Vladivostok, Russia

Total Invoice Amount : USD 81,918.00
Less Deposit/Credits : USD 0.00
**Total Amount Due: USD 81,918.00**

GROVE SERVICES, INC.
TOWER PLACE
3340 PEACHTREE RD NF
SUITE 1545
ATLANTA GA 30326

Country of Origin: United States
There is no solid wood packing materials inside this container.



# MAERSK LINE

| | | |
|---|---|---|
| **BILL OF LADING FOR OCEAN TRANSPORT OR MULTIMODAL TRANSPORT** | SCAC  **MAEU** | |
| | B/L No. **527081777** | |

| Shipper<br>GROVE SERVICES INC<br>3340 PEACHTREE ROAD<br>STE 1545<br>ATLANTA GA 30326 | Booking No.<br>857401094 | |
| | Export references<br>SO 2472-3C | Svc Contract<br>280314 |
| | Onward inland routing (Not part of Carriage as defined in clause 1. For account and risk of Merchant) | |

| Consignee (negotiable only if consigned "to order", "to order of" a named Person or "to order of bearer")<br>ZAO DALNEVOSTOCHNIY KHLADOKOMBINAT<br>VTORAYA SHOSSEINAYA STR., 3-A<br>VLADIVOSTOK, RUSSIA, 690054<br>TEL/FAX:+7(4232)308-700 | Notify Party (see clause 22)<br>OOO TRADE-OIL<br>BUMAZHNAYA STR.,D.9. KOR.1, LITER "A", POM.NO 15<br>ST.PETERSBURG, RUSSIA, 198020 |
| Vessel (see clause 1 + (9)<br>MAERSK DANBURY | Voyage No.<br>0810 | Place of Receipt. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |
| Port of Loading<br>Savannah, GA, US | Port of Discharge<br>VLADIVOSTOK,RU | Place of Delivery. Applicable only when document used as Multimodal Transport B/L. (see clause 1) |

## PARTICULARS FURNISHED BY SHIPPER

| Kind of Packages; Description of goods; Marks and Numbers; Container No./Seal No. | Weight | Measurement |
|---|---|---|
| 2 containers said to contain 3330 CASES<br><br>FROZEN CHICKEN LEG QUARTERS<br>TOTAL NET WEIGHT:49950KGS<br>AES ITN:X2008110300 5768<br>RFA-044830, RFA-044829<br><br>MWCU6217262 ML-US0075735 40 REEF 9'6 1665 CASES 26474.00 KGS 40.000 CBM<br>Temperature: -18.0 C<br>Shipper Seal : 75735<br>PONU4789058 ML-US0075982 40 REEF 9'6 1665 CASES 26474.00 KGS 40.000 CBM<br>Temperature: -18.0 C<br>Shipper Seal : 75982<br>SHIPPER'S LOAD, STOW, WEIGHT AND COUNT<br><br>Goods shipped in refrigerated container(s) set at shipper's requested carriage temperature<br>as per above<br><br>FREIGHT PREPAID<br><br>THESE COMMODITIES, TECHNOLOGY, OR SOFTWARE WERE EXPORTED FROM THE UNITED<br>STATES IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.<br>DIVERSION CONTRARY TO U.S.LAW PROHIBITED. | 52948.00 KGS | 80.000 CBM |
| Above particulars as declared by Shipper, but without responsibility of or representation by Carrier (see clause 14) | | |

| Freight & Charges | Rate | Unit | Currency | Prepaid | Collect |
|---|---|---|---|---|---|
| | | | | | |

| Carrier's Receipt (see clause 1 and 14). Total number of containers or packages received by Carrier.<br>2 containers | Place of Issue of B/L<br>The Woodlands | SHIPPED, as far as ascertained by reasonable means of checking, in apparent good order and condition unless otherwise stated herein, the total number or quantity of Containers or other packages or units indicated in the box entitled "Carrier's Receipt" for carriage from the Port of Loading (or the Place of Receipt, if mentioned above) to the Port of Discharge (or the Place of Delivery, if mentioned above), such carriage being always subject to the terms, rights, defences, provisions, conditions, exceptions, limitations, and liberties hereof (INCLUDING ALL THOSE TERMS AND CONDITIONS ON THE REVERSE HEREOF NUMBERED 1-26 AND THOSE TERMS AND CONDITIONS CONTAINED IN THE CARRIER'S APPLICABLE TARIFF) and the Merchant's attention is drawn in particular to the Carrier's liberties in respect of on-deck stowage (see clause 18) and the carrying vessel (see clause 19). Where the bill of lading is non-negotiable the Carrier may give delivery of the Goods to the named consignee upon reasonable proof of identity and without requiring surrender of an original bill of lading. Where the bill of lading is negotiable, the Merchant is obliged to surrender one original, duly endorsed, in exchange for the Goods. The Carrier accepts a duty of reasonable care to check that any such document which the Merchant surrenders as a bill of lading is genuine and original. If the Carrier complies with this duty, it will be entitled to deliver the Goods against what it reasonably believes to be a genuine and original bill of lading, such delivery discharging the Carrier's delivery obligations. In accepting this bill of lading, any local customs or privileges to the contrary notwithstanding, the Merchant agrees to be bound by all Terms and Conditions stated herein whether written, printed, stamped or incorporated on the face or reverse side hereof, as fully as if they were all signed by the Merchant. IN WITNESS WHEREOF the number of original Bills of Lading stated on this side have been signed and wherever one original Bill of Lading has been surrendered any others shall be void. |
| Number & Sequence of Original B(s)/L<br>THREE/3 | Date of Issue of B/L ( UTC Time ) | |
| Declared Value (see clause 7.3) | Shipped on Board Date ( Local Time )<br>2008-11-07 | Signed for the Carrier A.P. Moller - Maersk A/S trading as Maersk Line |
| Forwarder | | |
| This transport document has one or more numbered attachments | | Maersk Inc. - Woodlands<br>As Agent(s) for the Carrier |

# EXHIBIT C

4:56 PM
06/17/10

**Grove Services, Inc.**
**Customer Balance Detail**
All Transactions

| Type | Date | Num | Memo | Ship Date | Terms | Due Date | Paid | Aging | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Double D. Trade Company, LLC** | | | | | | | | | | |
| **SO-2472** | | | | | | | | | | |
| Payment | 9/5/2008 | 200809050024302 | Deposit 20% | | | | Paid | | -24,575.40 | -24,575.40 |
| Payment | 9/9/2008 | 200809090029331 | Deposit 20% for 3 FCL | | | | Paid | | -24,575.40 | -49,150.80 |
| Payment | 9/12/2008 | 200809120023109 | Deposit 20% | | | | Paid | | -24,575.40 | -73,726.20 |
| Invoice | 9/15/2008 | 4996 | | 9/16/2008 | 20%Deposit/80%Balance | 9/27/2008 | Paid | | 409,590.00 | 335,863.80 |
| Payment | 9/15/2008 | 200809150026854 | | | | | Paid | | -57,342.60 | 278,521.20 |
| Invoice | 9/26/2008 | 5107 | Inv 5364 | 10/04/2008 | 20%Deposit/80%Balance | 12/2/2008 | Paid | | 122,877.00 | 401,398.20 |
| Payment | 10/2/2008 | 200810020023578 | Deposit 20% Part of $74,967.92 | | | | Paid | | -16,383.60 | 385,014.60 |
| Payment | 10/3/2008 | 200810030025405 | | | | | Paid | | -16,383.60 | 368,631.00 |
| Invoice | 11/17/2008 | 5345 | ETA: 12/23/2008 | 11/17/2008 | 20%Deposit/80%Balance | 12/18/2008 | Paid | | 81,918.00 | 450,549.00 |
| Invoice | 11/17/2008 | 5363 | ETA: 12/23/2008 | 11/24/2008 | 20%Deposit/80%Balance | 12/18/2008 | Paid | | 124,722.00 | 575,271.00 |
| Invoice | 11/17/2008 | 5364 | ETA: 12/23/2008 | 11/24/2008 | 20%Deposit/80%Balance | 12/18/2008 | Paid | | 81,918.00 | 657,189.00 |
| Payment | 12/18/2008 | 20081218002762555 | Inv 4996 Part of $116,000.00 | | | | Paid | | -27,491.30 | 629,697.70 |
| Payment | 12/19/2008 | 200812190024102 | Inv 4996 | | | | Paid | | -289,000.00 | 340,697.70 |
| Payment | 12/24/2008 | 200812240024429 | Inv 5107, 4996 | | | | Paid | | -50,000.00 | 290,697.70 |
| Payment | 3/24/2009 | 200903240021823 | Inv 5090 Part of $50,000.00 | | | | Paid | | -22,128.73 | 268,567.97 |
| Payment | 3/25/2009 | 200903250019229 | Inv 5107 Part of $50,000.00 | | | | Paid | | -45,544.37 | 223,023.60 |
| General Journal | 9/30/2009 | | written off as per Gene dd 09/24/2009 | | | | Paid | | -223,023.60 | 0.00 |
| General Journal | 10/1/2009 | AE7177 | Reverse of GJE AE7177—written off as per Gene dd 0... | | | | Paid | | 223,023.60 | 223,023.60 |
| General Journal | 10/1/2009 | AE7177R | Reverse of AE7177R – Reverse of GJE AE7177... | | | | Paid | | -223,023.60 | 0.00 |
| General Journal | 10/1/2009 | AE7177RRR | Reverse of GJE AE7177RR – Reverse of GJE AE717... | | | | Paid | | 223,023.60 | 223,023.60 |
| General Journal | 10/1/2009 | AE7332 | To be applied to SO-2472, Booking: 0060-100305-23... | | | | Paid | | -25,000.00 | 198,023.60 |
| General Journal | 3/5/2010 | AE7320 | To be applied to SO-2472, Booking: 0060-100305-23... | | | | Paid | | -1,000.00 | 197,023.60 |
| General Journal | 4/30/2010 | AE7385 | To write off Double D balance | | | | Paid | | -10,000.00 | 10,000.00 |
| General Journal | 4/19/2010 | AE7399 | To be applied to SO-2472, Booking: 0835-100415-23... | | | | Paid | | -10,000.00 | 0.00 |
| **Total SO-2472** | | | | | | | | | **0.00** | **0.00** |
| **SO-2567** | | | | | | | | | | |
| Invoice | 11/7/2008 | 5363 | written off as per Victor and Gene dd 08/12/2009 | 11/19/2008 | 20%Deposit/80%Balance | 12/19/2008 | Paid | | 111,722.50 | 111,722.50 |
| General Journal | 6/30/2009 | AE7113 | Reverse of GJE AE7113 – written off as per Victor and... | | | | Paid | | -111,722.50 | 0.00 |
| General Journal | 9/30/2009 | AE7113R | written off as per Gene dd 09/24/2009 | | | | Paid | | -111,722.50 | 111,722.50 |
| General Journal | 9/30/2009 | AE7180 | written off as per Gene dd 09/24/2009 | | | | Paid | | -111,722.50 | 0.00 |
| General Journal | 10/1/2009 | AE7180R | Reverse of GJE AE7180 – written off as per Gene dd ... | | | | Paid | | 111,722.50 | 111,722.50 |
| General Journal | 12/31/2009 | AE7180RR | Reverse of GJE AE7180R – Reverse of GJE AE718... | | | | Paid | | -111,722.50 | 0.00 |
| General Journal | 12/31/2009 | AE7180RRR | Reverse of GJE AE7180RR – Reverse of GJE AE718... | | | | Paid | | 111,722.50 | 111,722.50 |
| General Journal | 3/31/2010 | AE7421 | To write of Double D balance | | | | Paid | | -111,722.50 | 0.00 |
| **Total SO-2567** | | | | | | | | | **0.00** | **0.00** |
| **SO-2596** | | | | | | | | | | |
| Invoice | 10/4/2008 | 5280 | Deposit 20% Part of $41,098.40 | 10/20/2008 | 20%Deposit/80%Balance | 12/7/2008 | Paid | | 128,647.20 | 128,647.20 |
| Payment | 10/7/2008 | 200810070022774 | Deposit | | | | Paid | | -25,898.40 | 102,748.80 |
| Payment | 10/9/2008 | 200810080023685 | | | | | Paid | | -25,898.40 | 76,850.40 |
| Invoice | 10/9/2008 | 5281 | | 10/20/2008 | 20%Deposit/80%Balance | 12/7/2008 | Paid | | 128,937.60 | 205,788.00 |
| Invoice | 10/6/2008 | 5282 | Inv 5282 | 10/20/2008 | 20%Deposit/80%Balance | 12/7/2008 | Paid | | 128,779.20 | 334,567.20 |
| Invoice | 10/16/2008 | 5283 | | | | | Paid | | 129,096.00 | 463,663.20 |
| General Journal | 10/18/2008 | 200811100020720373 | written off as per Gene dd 09/24/2009 | | | | Paid | | -32,000.00 | 431,663.20 |
| General Journal | 1/30/2009 | 200901230025778 | Inv 5280 Part of $50,000.00 | | | | Paid | | -50,000.00 | 381,663.20 |
| General Journal | 3/25/2009 | 200903250019229 | Inv 5280, 5281 | | | | Paid | | -4,455.63 | 377,207.57 |
| Payment | 3/27/2009 | 200903270025477 | Inv 5280, 5281 | | | | Paid | | -50,000.00 | 327,207.57 |
| Payment | 4/6/2009 | 200904060010548687 | Inv 5281 Part of $50,000.00 | | | | Paid | | -50,000.00 | 286,202.53 |
| Payment | 5/28/2009 | 200905280025106 | Inv 5281 | | | | Paid | | -25,000.00 | 261,202.53 |
| Payment | 6/4/2009 | 200906040016740 | Inv 5281 | | | | Paid | | -25,000.00 | 236,202.53 |
| Payment | 6/10/2009 | 200906100018505 | Inv 5281, 5282 | | | | Paid | | -25,000.00 | 211,202.53 |
| General Journal | 6/30/2009 | 5281 | written off as per Victor and Gene dd 08/12/2009 | | | | Paid | | -72,106.53 | 139,096.00 |
| General Journal | 6/30/2009 | AE7114 | Reverse of GJE AE7114 – written off as per Victor and... | | | | Paid | | -129,096.00 | 10,000.00 |
| General Journal | 7/1/2009 | AE7115R | written off as per Victor and Gene dd 08/12/2009 | | | | Paid | | 72,106.53 | 82,106.53 |
| General Journal | 7/1/2009 | AE7114R | Reverse of GJE AE7114 – written off as per Victor and... | | | | Paid | | 129,096.00 | 211,202.53 |
| Payment | 7/31/2009 | 200907310026372 | Inv 5282 | | | | Paid | | -10,000.00 | 201,202.53 |
| General Journal | 9/30/2009 | AE7181 | written off as per Gene dd 09/24/2009 | | | | Paid | | -72,106.53 | 129,096.00 |
| General Journal | 9/30/2009 | AE7182 | written off as per Gene dd 09/24/2009 | | | | Paid | | -129,096.00 | 0.00 |
| General Journal | 10/1/2009 | AE7181R | Reverse of GJE AE7181 – written off as per Gene dd ... | | | | Paid | | 72,106.53 | 72,106.53 |
| General Journal | 10/1/2009 | AE7182R | Reverse of GJE AE7182 – written off as per Gene dd ... | | | | Paid | | 129,096.00 | 201,202.53 |
| General Journal | 12/31/2009 | AE7182RR | Reverse of GJE AE7181R – Reverse of GJE AE7182... | | | | Paid | | -72,106.53 | 129,096.00 |
| General Journal | 12/31/2009 | AE7181R | Reverse of GJE AE7181 – Reverse of GJE AE718... | | | | Paid | | 129,096.00 | 201,202.53 |
| General Journal | 1/7/2010 | AE7182RRR | Reverse of GJE AE7182RR – Reverse of GJE AE718... | | | | Paid | | 129,096.00 | 129,096.00 |

Page 1

4:56 PM
06/17/10

# Grove Services, Inc.
## Customer Balance Detail
### All Transactions

| Type | Date | Num | Memo | Ship Date | Terms | Due Date | Paid | Aging | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **SO-2596** | | | | | | | | | | |
| General Journal | 1/1/2010 | AE7181RRR | Reverse of GJE AE7181RR -- Reverse of GJE AE718... | | | | Paid | | 72,106.53 | 201,202.53 |
| Payment | 2/4/2010 | 2010020400037033 | | | | | Paid | | -49,975.00 | 151,227.53 |
| General Journal | 3/31/2010 | AE7422 | To write-off Double D balance | | | | Paid | | -151,227.53 | 0.00 |
| **Total SO-2596** | | | | | | | | | 0.00 | 0.00 |
| **SO-2643** | | | | | | | | | | |
| Invoice | 11/2/2008 | 5319 | ETA: 12/14/2008 | 11/10/2008 | 20%Deposit/80%Balance | 12/6/2008 | Paid | | 57,231.68 | 57,231.68 |
| Payment | 8/14/2009 | 2009081400228999 | Inv 5319 | | | | Paid | | -5,000.00 | 52,231.68 |
| Payment | 8/24/2009 | 2009082400211086 | Inv 5319 | | | | Paid | | -5,000.00 | 47,231.68 |
| General Journal | 9/30/2009 | AE7178 | written off as per Gene dd 09/24/2009 | | | | Paid | | -47,231.68 | 0.00 |
| General Journal | 10/1/2009 | AE7178R | Reverse of GJE AE7178 -- written off as per Gene dd 0... | | | | Paid | | 47,231.68 | 47,231.68 |
| General Journal | 12/31/2009 | AE7178RR | Reverse of GJE AE7178R -- Reverse of GJE AE7178 --... | | | | Paid | | -47,231.68 | 0.00 |
| General Journal | 1/1/2010 | AE7178RRR | Reverse of GJE AE7178RR -- Reverse of GJE AE717... | | | | Paid | | 47,231.68 | 47,231.68 |
| General Journal | 3/31/2010 | AE7423 | To write-off Double D receivable | | | | Paid | | -47,231.68 | 0.00 |
| **Total SO-2643** | | | | | | | | | 0.00 | 0.00 |
| **SO-2697** | | | | | | | | | | |
| Invoice | 11/14/2008 | 5369 | written off as per Victor and Gene dd 08/12/2009 | 11/19/2008 | 20%Deposit/80%Balance | 12/25/2008 | Paid | | 47,823.75 | 47,823.75 |
| General Journal | 6/30/2009 | AE7116 | Reverse of GJE AE7116 -- written off as per Victor end... | | | | Paid | | -47,823.75 | 0.00 |
| General Journal | 7/1/2009 | AE7116R | written off as per Gene dd 09/24/2009 | | | | Paid | | 47,823.75 | 47,823.75 |
| General Journal | 9/30/2009 | AE7183 | Reverse of GJE AE7183 -- written off as per Gene dd... | | | | Paid | | -47,823.75 | 0.00 |
| General Journal | 10/1/2009 | AE7183R | Reverse of GJE AE7183R -- Reverse of GJE AE7183 --... | | | | Paid | | 47,823.75 | 47,823.75 |
| General Journal | 12/31/2009 | AE7183RR | Reverse of GJE AE7183RR -- Reverse of GJE AE718... | | | | Paid | | -47,823.75 | 0.00 |
| General Journal | 1/1/2010 | AE7183RRR | | | | | Paid | | 47,823.75 | 47,823.75 |
| General Journal | 3/31/2010 | AE7424 | To write-off Double D receivable | | | | Paid | | -47,823.75 | 0.00 |
| **Total SO-2697** | | | | | | | | | 0.00 | 0.00 |
| **Total Double D. Trade Company, LLC** | | | | | | | | | 0.00 | 0.00 |
| **TOTAL** | | | | | | | | | 0.00 | 0.00 |